# Exhibit A

## USPS Tracking®

FAQs >

**Tracking Number:**

# 9407111206206829229593

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 12:33 pm on December 20, 2024 in WASHINGTON, DC 20202.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20202
December 20, 2024, 12:33 pm

Case 8:24-cv-02277-SDM-CPT   Document 11-1   Filed 01/03/25   Page 3 of 3 PageID 45

Octavio Gomez
The Consumer Lawyers, PLLC
501 E Kennedy Blvd Ste 610
TAMPA FL 33602-5258



9407 1112 0620 6829 2295 93

U.S. Department of Education
ATTN: Civil Process Clerk
400 Maryland Ave Sw
Washington DC 20202



$7.44⁰ US POSTAGE FIRST-CLASS FROM 33602 12/12/2024 Stamps