UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JORDAN FILOTEI JONES**,

  Plaintiff,

                                  CASE NO.: 8:24-cv-02277-SDM-CPT

v.

**U.S. DEPARTMENT OF EDUCATION,**

  Defendant.

_____/

**<u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>**

COMES NOW Plaintiff, Jordan Filotei Jones, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses her causes of action in the Complaint against the Defendant, U.S. Department of Education. The Defendant has neither filed an answer to the Complaint, nor a motion for summary judgment, therefore dismissal under Rule 41 (a)(1)(A)(i) is appropriate.

Dated this 1st day of April, 2025.

                                                <u>/s/Octavio Gomez</u>
                                                Octavio "Tav" Gomez
                                                Florida Bar #:0338620
                                                Georgia Bar #: 617963
                                                Pennsylvania #: 325066
                                                The Consumer Lawyers PLLC
                                                501 E. Kennedy Blvd., Ste 610
                                                Tampa, FL 33602
                                                Cell: (813)299-8537
                                                Facsimile: (844)951-3933
                                                Primary Email:
                                                Tav@theconsumerlawyers.com

        Secondary Email:
        Lisa@theconsumerlawyers.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document was filed on this 1st day of April, 2025 via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

        **/s/Octavio Gomez**
        Octavio "Tav" Gomez
        Florida Bar #:0338620
        Georgia Bar #: 617963
        Pennsylvania #: 325066
        The Consumer Lawyers PLLC
        *Attorney for Plaintiff*